UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID L. STREETER, : | |
| Plaintiff, : | |
| : | Civil Action No. 11-3419 (SRC) |
| v. : | |
| : | **ORDER** |
| CREDIT COLLECTION SERVICE, : | **CLOSED** |
| Defendant. : | |

**CHESLER, U.S.D.J.**

      This matter comes before this Court following the Report and Recommendation ("R&R") filed on May 7, 2012 by Magistrate Judge Shipp, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2).  The R&R recommended that Plaintiff's Complaint be dismissed following, *inter alia*, Plaintiff's failure to comply with Court orders and to prosecute his case.  The time for filing objections to the R&R has expired, and no objections were submitted.

      A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review.  In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); see also FED. R. CIV. P. 72(b).  This Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Shipp's analysis and conclusion.  Therefore,

      **IT IS** on this 11th day of June, 2012,

      **ORDERED** that Magistrate Judge Shipp's R&R (Docket Entry No. 14) is adopted as the Opinion of the Court; and it is

1

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED** without prejudice, and this case shall be marked **CLOSED**.

          s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.